**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 28, 2008**

Ms. Felicia A Wade
Post Office Box 394
Harrisburg, AR 72432

    Re: *Wade v. Western Sizzlin, et al*, 3:07-CV-0191-WRW

Dear Ms. Wade:

I have received Defendant's Motion for Summary Judgment which was filed on October 13, 2008, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 5:00 p.m. on Tuesday, November 2, 2008, I will grant the motion.

                                    Cordially,

                                    /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court

---

[1] The response was due on Monday, October 27, 2008.