**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FELICIA A. WADE**                                                      **PLAINTIFF**

**v.**                                   **3:07-CV-00191-WRW**

**WESTERN SIZZLIN**                                              **DEFENDANT**

## ORDER

      Based on the findings of fact and conclusions of law made in yesterday's bench trial, I find in favor of Defendant and this case is DISMISSED.

      IT IS SO ORDERED this 21st day of January, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE