### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**FELICIA A. WADE**                                                                    **PLAINTIFF**

**v.**                                    **3:07-CV-00191-WRW**

**WESTERN SIZZLIN**                                                             **DEFENDANT**

### JUDGMENT

Based on an Order entered this date finding in favor of Defendant, this case is

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of January, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE